

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
District of Arizona

In re  RONALD G WEYENBERG ,
          *Debtor*

Case No. _____

Chapter  7

FILED
2014 JAN 23 PM 3:15
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

14-00879

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U S C § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts  You are not required to report any information here

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12, **OR**, Form 22B Line 11, **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4  Total from Schedule F | | $ |
| 5  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re  RONALD G WEYENBERG  ,  Case No. _____
           *Debtor*                                                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                           $155,675 *
☐ 11 U S C § 522(b)(2)
☐ 11 U S C § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| ∅ | ∅ | ∅ | ∅ |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment*

B6D (Official Form 6D) (12/07)

In re  RONALD G. WEYENBERG  , Case No. _____
         _____                    (If known)
              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ (Report also on Summary of Schedules) | $ (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

AZB

In re  RONALD G WEYENBERG ,   Case No. _____
         **Debtor**                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | $ | |
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | $ | |
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | $ | |
| ACCOUNT NO. | ☐ | | VALUE $ | ☐ | ☐ | ☐ | $ | |

Sheet no ___ of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)   $   $

Total(s) ► (Use only on last page)   $   $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re **RONALD G. WEYENBERG**, Case No. _____
_____Debtor_____                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No 47832478 <br> BANK OF AMERICA <br> VISA CARD | ✓ | HUSBAND | 08/1/2013 | | | ✓ | $17,500 | $17,500 | -0- |
| Account No 787248 <br> SALLIE MAE <br> LOAN SERVICING | ✓ | HUSBAND | 09/2/2013 | | | ✓ | $20,000 | $20,000 | -0- |
| Account No. | | | | | | | | | |
| Account No | | | | | | | | | |

Sheet no _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page): $ 37,500 | $ 37,500

Total➤ (Use only on last page of the completed Schedule E Report also on the Summary of Schedules): $ 37,500

Totals➤ (Use only on last page of the completed Schedule E If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data): $ 37,500

B6E (Official Form 6E) (04/13) – Cont

In re **RONALD G WEYENBERG**,         Case No._____
            *Debtor*                                                   *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U S C § 507(a)(6)

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided   11 U S C § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution   11 U S C § 507 (a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance   11 U S C § 507(a)(10)

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment*

                                                    _0_ continuation sheets attached

In re RONALD G. WEYENBERG, Case No. _____
_____Debtor_____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian " Do not disclose the child's name See, 11 U S C §112 and Fed R Bankr P 1007(m) Do not include claims listed in Schedules D and E If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ 0 |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |

_____ continuation sheets attached

Subtotal▶ $

Total▶ $ 0
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

AZB

In re RONALD G. WEYENBERG,  Case No. _____
            Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ 0 |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO | ☐ | | | ☐ | ☐ | ☐ | $ |

Sheet no _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $

Total▶ $ 0
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re  RONALD G. WEYENBERG  ,  Case No. _____
           Debtor                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property Include any timeshare interests State nature of debtor's interest in contract, i e, "Purchaser," "Agent," etc State whether debtor is the lessor or lessee of a lease Provide the names and complete mailing addresses of all other parties to each lease or contract described If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian " Do not disclose the child's name See, 11 U S C §112 and Fed. R Bankr P 1007(m)

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

AZB

In re  RONALD G. WEYENBERG  ,
         Debtor

Case No. _____
                (if known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Fill in this information to identify your case

Debtor 1: RONALD G. WEYENBERG
Debtor 2 (Spouse if filing): 

United States Bankruptcy Court for the District of Arizona

Case number (If known): _____

Check if this is
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date
_____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work

   Occupation may Include student or homemaker, if it applies

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | CONSTRUCTION CONTRACTOR | |
| Employer's name | WEYENBERG CONTRACTORS | |
| Employer's address | 5085 N. CLIFFER RIVER DR.<br>TUCSON AZ 85704 | |
| How long employed there? | 10 YRS. | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions) If not paid monthly, calculate what the monthly wage would be | $1,811.85 | $_____ |
| 3 | Estimate and list monthly overtime pay. | +$ 0 | +$ 0 |
| 4 | Calculate gross income. Add line 2 + line 3 | $1,811.85 | $_____ |

Debtor 1  RONALD  G.  WEYENBERG     Case number (if known) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | → 4 | $1,811.85 | $ N/A |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a Tax, Medicare, and Social Security deductions | 5a | $ 245.00 | $_____ |
| 5b Mandatory contributions for retirement plans | 5b | $ 0 | $_____ |
| 5c Voluntary contributions for retirement plans | 5c | $ 0 | $_____ |
| 5d Required repayments of retirement fund loans | 5d | $ 0 | $_____ |
| 5e Insurance | 5e | $ 185.00 | $_____ |
| 5f Domestic support obligations | 5f | $ 0 | $_____ |
| 5g Union dues | 5g | $ 0 | $_____ |
| 5h Other deductions. Specify _____ | 5h | +$_____ | +$_____ |

6. Add the payroll deductions Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h    6    $1,381.00    $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4    7    $1,381.00    $_____

8. List all other income regularly received:

   8a **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income    8a    $ 0    $_____

   8b **Interest and dividends**    8b    $ 0    $_____

   8c **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement    8c    $ 0    $_____

   8d **Unemployment compensation**    8d    $ 0    $_____

   8e **Social Security**    8e    $ 0    $_____

   8f **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies
   Specify _____    8f    $_____    $_____

   8g **Pension or retirement income**    8g    $_____    $_____

   8h **Other monthly income.** Specify  NWML Annuity    8h   +$ 213.44    +$_____

9. Add all other income Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h    9    $1594.00    $_____

10. Calculate monthly income. Add line 7 + line 9
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse    10    $1594.00  +  $_____  =  $_____

11. State all other regular contributions to the expenses that you list in *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*
    Specify _____    11  +$_____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income
    Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data,* if it applies    12    $1594.00 /mo
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No
    ☐ Yes Explain  _____

Debtor 1  RONALD  G.  WEYENBERG
          First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the  District of Arizona

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No  Go to line 2
   ☐ Yes  Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes  Debtor 2 must file a separate Schedule J

2. Do you have dependents?  ☒ No
   Do not list Debtor 1 and Debtor 2  ☐ Yes  Fill out this information for each dependent

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

   Do not state the dependents' names

3. Do your expenses include expenses of people other than yourself and your dependents?  ☒ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot      4  $ 1,450.00

   If not included in line 4:
   4a Real estate taxes      4a  $ 209.00
   4b Property, homeowner's, or renter's insurance      4b  $ 105.00
   4c Home maintenance, repair, and upkeep expenses      4c  $ 0
   4d Homeowner's association or condominium dues      4d  $ 49.00

|   |   |   | Your expenses |
|---|---|---|---|
| 5 | **Additional mortgage payments for your residence,** such as home equity loans | 5 | $ 0 |
| 6 | **Utilities:** | | |
| 6a | Electricity, heat, natural gas | 6a | $ 245.00 |
| 6b | Water, sewer, garbage collection | 6b | $ 110.00 |
| 6c | Telephone, cell phone, Internet, satellite, and cable services | 6c | $ 185.00 |
| 6d | Other  Specify _____ | 6d | $ 0 |
| 7 | **Food and housekeeping supplies** | 7 | $ 230.00 |
| 8 | **Childcare and children's education costs** | 8 | $ 0 |
| 9 | **Clothing, laundry, and dry cleaning** | 9 | $ 0 |
| 10 | **Personal care products and services** | 10 | $ 0 |
| 11 | **Medical and dental expenses** | 11 | $ 0 |
| 12 | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments | 12 | $ 0 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13 | $ 0 |
| 14 | **Charitable contributions and religious donations** | 14 | $ 0 |
| 15 | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a | Life insurance | 15a | $ 0 |
| 15b | Health insurance | 15b | $ 0 |
| 15c | Vehicle insurance | 15c | $ 0 |
| 15d | Other insurance  Specify._____ | 15d | $ 0 |
| 16 | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20 Specify _____ | 16 | $ 0 |
| 17 | **Installment or lease payments:** | | |
| 17a | Car payments for Vehicle 1 | 17a | $ 0 |
| 17b | Car payments for Vehicle 2 | 17b | $ 0 |
| 17c | Other  Specify _____ | 17c | $ 0 |
| 17d | Other  Specify _____ | 17d | $ 0 |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18 | $ 0 |
| 19 | **Other payments you make to support others who do not live with you.** Specify _____ | 19 | $ 0 |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I. Your Income*.** | | |
| 20a | Mortgages on other property | 20a | $ 0 |
| 20b | Real estate taxes | 20b | $ 0 |
| 20c | Property, homeowner's, or renter's insurance | 20c | $ 0 |
| 20d | Maintenance, repair, and upkeep expenses | 20d | $ 0 |
| 20e | Homeowner's association or condominium dues | 20e | $ 0 |

Debtor 1  RONALD   G.   WEYENBERG   Case number (if known) _____
         First Name  Middle Name  Last Name

21  **Other** Specify: _____     21   +$ _____0_____

22  **Your monthly expenses.** Add lines 4 through 21
    The result is your monthly expenses                      22   $ 2398.00

23  **Calculate your monthly net income.**
    23a  Copy line 12 (*your combined monthly income*) from *Schedule I*   23a  $ 1811.85
    23b  Copy your monthly expenses from line 22 above                      23b  −$ 2398.00
    23c  Subtract your monthly expenses from your monthly income
         The result is your *monthly net income*                            23c  $ −586.15

24  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No
    ☐ Yes    Explain here


In re **RONALD G. WEYENBERG**,
Debtor

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief

Date **01/21/2014**         Signature **R. [signature]**
                                                               Debtor

Date _____          Signature _____
                                                               (Joint Debtor, if any)

[If joint case, both spouses must sign]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h) and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section

_____          _____
Printed or Typed Name and Title, if any,                        Social Security No
of Bankruptcy Petition Preparer                                      *(Required by 11 U S C § 110)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document*

_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief

Date _____
                                                               Signature _____

                                                               _____
                                                               [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor]*

---

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both   18 U S C §§ 152 and 3571