Trudy A. Nowak
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | § | Case No. 4:14-BK-00879-SHG |
|---|---|---|
| | § | |
| RONALD G WEYENBERG | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/23/2014. The undersigned trustee was appointed on 01/23/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $13,501.85

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $5,793.57 |
   | Bank service fees | $12.03 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,696.25 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/17/2014 and the deadline for filing government claims was 07/21/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,910.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,910.00, for a total compensation of $2,910.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $67.08, for total expenses of $67.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2014      By: /s/ Trudy A. Nowak
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-00879-SHG | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | WEYENBERG, RONALD G | | | Date Filed (f) or Converted (c): | 01/23/2014 (f) |
| For the Period Ending: | 12/4/2014 | | | §341(a) Meeting Date: | 03/10/2014 |
| | | | | Claims Bar Date: | 06/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash in Bank account - WF | (u) $0.00 | $10,388.68 | | $13,501.85 | FA |
| 2 | 3510 W Chipmunk Rd Prescott 86305 - Joint with other person | (u) $0.00 | $231,805.00 | | $0.00 | FA |
| 3 | 3455 W Chipmunk Rd Prescott 86305 - Joint with wife | (u) $0.00 | $526,470.00 | | $0.00 | FA |
| 4 | 5085 N Cliffed River Drive Tucson, AZ | (u) $0.00 | $190,000.00 | | $0.00 | FA |
| | 2006 Bigtex trailer | (u) $0.00 | $0.00 | | $0.00 | FA |
| | 2006 Dodge Commercial Power | (u) $0.00 | $0.00 | | $0.00 | FA |
| | 2000 Jeep | (u) $0.00 | $0.00 | | $0.00 | FA |
| | Great Inspiration LLC - asset quarter horse | (u) $0.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value) $0.00 $958,663.68 $13,501.85

Gross Value of Remaining Assets $0.00

**Major Activities affecting case closing:**
10/01/2014 QR pending court to approve Motion to Dismiss
06/30/2014 QR Counsel update- received and reviewed demand letter to debtor to amend S&S or authorize credit report.
04/28/2014 Rule 2004: Order May 12, 2014..dkw
04/07/2014 Notice of Bk filed in Yavapai County
03/14/2014 Bank Accounts: Received some funds from WF, 3.14.14 faxed over request for funds in the other two accounts...dkw

Initial Projected Date Of Final Report (TFR): 03/30/2015 Current Projected Date Of Final Report (TFR):

/s/ TRUDY A. NOWAK
TRUDY A. NOWAK

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B
Page No: 1

| Case No. | 14-00879-SHG |
|---|---|
| Case Name: | WEYENBERG, RONALD G |
| Primary Taxpayer ID #: | **-***5985 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/23/2014 |
| For Period Ending: | 12/4/2014 |

| Trustee Name: | Trudy A. Nowak |
|---|---|
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******0879 |
| Account Title: | |
| Blanket bond (per case limit): | $72,661,955.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2014 | (1) | Wells Fargo | Bank funds | 1229-000 | $10,388.68 | | $10,388.68 |
| 03/19/2014 | (1) | WELLS FARGO | Bank funds | 1229-000 | $1,642.74 | | $12,031.42 |
| 04/19/2014 | (1) | Wells Fargo | Bank Funds | 1229-000 | $1,470.43 | | $13,501.85 |
| 10/02/2014 | 3001 | LANE & NACH, P.C. | Attorney's Fees and Expenses per Order dated 09.30.14 | * | | $5,793.57 | $7,708.28 |
| | | | LANE & NACH, P.C. | 3210-000 | $(5,748.00) | | $7,708.28 |
| | | | LANE & NACH, P.C. | 3220-000 | $(45.57) | | $7,708.28 |
| 11/10/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.03 | $7,696.25 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $13,501.85 | $5,805.60 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| **Subtotal** | $13,501.85 | $5,805.60 |
| Less: Payments to debtors | $0.00 | $0.00 |
| **Net** | $13,501.85 | $5,805.60 |

**For the period of 1/23/2014 to 12/4/2014**

| Total Compensable Receipts: | $13,501.85 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,501.85 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $5,805.60 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,805.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/07/2014 to 12/4/2014**

| Total Compensable Receipts: | $13,501.85 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,501.85 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $5,805.60 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,805.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 14-00879-SHG | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|
| Case Name: | WEYENBERG, RONALD G | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***5985 | | | Checking Acct #: | ******0879 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/23/2014 | | | Blanket bond (per case limit): | $72,661,955.00 |
| For Period Ending: | 12/4/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|

**For the period of 1/23/2014 to 12/4/2014**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $13,501.85 | Total Compensable Disbursements: | $5,805.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,501.85 | Total Comp/Non Comp Disbursements: | $5,805.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,501.85 | $5,805.60 | $7,696.25 |

**For the entire history of the case between 01/23/2014 to 12/4/2014**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $13,501.85 | Total Compensable Disbursements: | $5,805.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,501.85 | Total Comp/Non Comp Disbursements: | $5,805.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDY A. NOWAK
_____
TRUDY A. NOWAK

**Case No.** 14-00879-SHG     **Trustee Name:** Trudy A. Nowak
**Case Name:** WEYENBERG, RONALD G     **Date:** 12/4/2014
**Claims Bar Date:** 06/17/2014

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TRUDY A. NOWAK<br>2001 E. Campbell Ave., Suite 201<br>Phoenix AZ 85016 | 01/29/2014 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $67.08 | $67.08 | $0.00 | $0.00 | $0.00 | $67.08 |
| | TRUDY A. NOWAK<br>2001 E. Campbell Ave., Suite 201<br>Phoenix AZ 85016 | 10/14/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,910.00 | $2,910.00 | $0.00 | $0.00 | $0.00 | $2,910.00 |
| | WEYENBERG, RONALD G<br>5085 N CLIFFED RIVER DRIVE<br>TUCSON AZ 85704 | 10/14/2014 | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and | Allowed | 8200-002 | $0.00 | $6,156.68 | $6,156.68 | $0.00 | $0.00 | $0.00 | $6,156.68 |
| | | | | | | | $9,133.76 | $9,133.76 | $0.00 | $0.00 | $0.00 | $9,133.76 |

**Claim Notes:** Debtor Surplus

# CLAIM ANALYSIS REPORT

**Case No.** 14-00879-SHG
**Case Name:** WEYENBERG, RONALD G
**Claims Bar Date:** 06/17/2014

**Trustee Name:** Trudy A. Nowak
**Date:** 12/4/2014

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and | $6,156.68 | $6,156.68 | $0.00 | $0.00 | $0.00 | $6,156.68 |
| Trustee Compensation | $2,910.00 | $2,910.00 | $0.00 | $0.00 | $0.00 | $2,910.00 |
| Trustee Expenses | $67.08 | $67.08 | $0.00 | $0.00 | $0.00 | $67.08 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 4:14-BK-00879-SHG
Case Name: RONALD G WEYENBERG
Trustee Name: Trudy A. Nowak

Balance on hand: $7,696.25

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,696.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Trudy A. Nowak, Trustee Fees | $2,910.00 | $0.00 | $2,910.00 |
| Trudy A. Nowak, Trustee Expenses | $67.08 | $0.00 | $67.08 |
| Lane & Nach, P.C., Attorney for Trustee Fees | $5,748.00 | $5,748.00 | $0.00 |
| Lane & Nach, P.C., Attorney for Trustee Expenses | $45.57 | $45.57 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $2,977.08
Remaining balance: $4,719.17

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,719.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,719.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $4,719.17 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $4,719.17 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $4,719.17 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $4,719.17.